UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-32822 |
| | ) | |
| JUAN M. COTERO | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause, coming on to be heard pursuant to the Motion of Cambridge Lakes Townhome Owners Association No. 3 to modify the automatic stay, or in the alternative, to dismiss the Debtor's Chapter 13 Bankruptcy, Cambridge Lakes Townhome Owners Association No. 3 appearing by counsel, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and the Court, being duly advised in the premises:

NOW ORDERS:

1. The Motion of Cambridge Lakes Townhome Owners Association No. 3 to Modify the Automatic Stay is hereby granted.

2. Cambridge Lakes Townhome Owners Association No. 3 is hereby permitted to proceed with its eviction action in respect to the property commonly known as 675 Yorkshire Lane, Pingree Grove, Illinois to file its lien on the property and to collect assessments against the Debtor pre and post-petition.

3. Rule 4001 (a) (3) is not applicable, and the effect of this order is not stayed.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 18, 2018

**Prepared by:**

Ronald J. Kapustka, Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095 / KSN FILE (CCAM017-61040)