## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | Case No. 17-32822 |
| Juan M. Cotero<br>dba *Fiber Construction INC* | Chapter 13 |
| Debtor. | Hon. Judge Janet S. Baer |

### AGREED ORDER ON MOTION TO MODIFY AUTOMATIC STAY FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES III TRUST AS TO PROPERTY LOCATED AT 675 YORKSHIRE LANE, PINGREE GROVE, IL 60140

This matter having come before the Court upon the Motion to Modify Automatic Stay filed herein by the secured creditor, U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan in a regular monthly fashion regarding property located at 675 Yorkshire Lane, Pingree Grove, IL 60140 ("Property").

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly payments to Movant; said payments are currently in default for the month of December 2018 in the amount of $1,475.02, January 2019 through April 2019 in the amount of $1,667.86 each as well as fees and costs of $1,031.00 for a total of $9,177.46.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $4,000.00 on or before May 15, 2019
    b. $5,177.46 on or before June 30, 2019

4. These lump sum payments are in addition to the regular monthly payment in the amount of $1,667.86. The next monthly payment will be due May 1, 2019.

5. All payments, stipulated and ongoing monthly payments, are to include the Debtor's account number and should be sent to:

BSI Financial Services
7505 Irvine Center Drive
Irvine, CA 92618

6. In the event that said Debtor should fail to make any of the lump sum payments herein described on or before their specified due dates, or should the Debtor fail to pay any future monthly payment so that said payment is not received by Movant by the day upon which it is contractually due, then, or in either of those events, Movant shall give fourteen (14) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file a Notice of Stay Modification with the Court and upon submission of said notice, without further hearing, the stay shall be automatically terminated providing Movant with relief from stay.

DATED: MAY - 3 2019

ENTER /s/ Janet S. Baer

Hon. Judge Janet S. Baer
United States Bankruptcy Judge

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ 
Robert J. Adams
Robert J. Adams & Associates
540 W. 35th St., Ste. 100
Chicago, IL 60616
Phone: 312.346.0100
Fax: 312.346.6228
RobertJAdams@jubileebk.net